# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOSEPH L. POGUE & SHARONROSE M. POGUE            Case Number: 05-74260
4133 ASHWINTON WAY            SSN-xxx-xx-4070 & xxx-xx-7613
ROCKFORD, IL  61109

Case filed on: 8/20/2005
Plan Confirmed on: 2/3/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $16,070.00        Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | BRIAN A. HART | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
| 022 | ATTORNEY JAMES M PHILBRICK | 400.00 | 400.00 | 400.00 | 0.00 |
|  | Total Legal | 1,600.00 | 1,600.00 | 1,600.00 | 0.00 |
| 020 | SHAPIRO & KREISMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 12,523.92 | 12,523.92 | 3,282.77 | 0.00 |
|  | Total Priority | 12,523.92 | 12,523.92 | 3,282.77 | 0.00 |
| 999 | JOSEPH L. POGUE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | BANK OF AMERICA NA | 500.00 | 500.00 | 500.00 | 50.00 |
| 002 | GENERAL MOTORS ACCEPTANCE CORP | 7,218.98 | 7,218.98 | 7,218.98 | 920.88 |
| 003 | OCWEN LOAN SERVICING LLC | 1,766.88 | 1,449.02 | 1,449.02 | 0.00 |
|  | Total Secured | 9,485.86 | 9,168.00 | 9,168.00 | 970.88 |
| 002 | GENERAL MOTORS ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | INTERNAL REVENUE SERVICE | 2,341.11 | 2,341.11 | 0.00 | 0.00 |
| 005 | AMERICAN EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ASSOCIATED NAT'L COLL BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BANK OF AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | BERGNER'S / CARSON PIRIE SCOTT | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 362.63 | 362.63 | 0.00 | 0.00 |
| 010 | CITIBANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 783.48 | 783.48 | 0.00 | 0.00 |
| 013 | HSBC | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | NATIONWIDE CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | OSI COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ROCKFORD HEALTH PHYSICIANS | 256.77 | 256.77 | 0.00 | 0.00 |
| 018 | LVNV FUNDING LLC | 312.65 | 312.65 | 0.00 | 0.00 |
| 019 | SUPERIOR CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ASSET ACCEPTANCE CORP | 204.18 | 204.18 | 0.00 | 0.00 |
| 023 | CAPITAL ONE | 319.07 | 319.07 | 0.00 | 0.00 |
|  | Total Unsecured | 4,579.89 | 4,579.89 | 0.00 | 0.00 |
|  | Grand Total: | 28,189.67 | 27,871.81 | 14,050.77 | 970.88 |

Total Paid Claimant:        $15,021.65
Trustee Allowance:          $1,048.35
Percent Paid Unsecured:     0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 07/30/2008                By  /s/Heather M. Fagan